THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Thomas L.
 Mullins, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2008-UP-191
Submitted March 4, 2008  Filed March 18,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. Mcintosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: Thomas
 L. Mullins (Mullins) appeals his conviction
 for assault and battery with intent to kill, assault and battery of a high and
 aggravated nature, and first-degree burglary.  On appeal, Mullins
 maintains his sentence should be vacated
 because the trial court failed to suppress Mullins oral statement to police in
 violation of Miranda v. Arizona, 384
 U.S. 436 (1966).
After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Mullins appeal and grant counsels motion to be
 relieved.    
APPEAL DISMISSED. [1]
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.